HENRY W. HOOEY, Appellant, v. AIRPORT CONSTRUCTION COMPANY et al., Respondents.

(Submitted January 5, 1931; decided January 13, 1931.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 253 N. Y. 486.)

In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Widening of Fourth Avenue in the Borough of Manhattan.

PARLEX HOLDING CORPORATION, Appellant.

(Submitted January 5, 1931; decided January 13, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 255 N. Y. 25.)